WHEN RECORDED MAIL TO:
Jeff Katofsky, Esq., SBN138773
4558 Sherman Oaks Avenue
Sherman Oaks, CA 91403 (818) 990-1475

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: Rosetta Sweet    USBC #1:11-bk-16394 VK    CASE NUMBER:
DOUBLE PLAY

PLAINTIFF(S),    CV 1:11-ap-04145

v.

ROSETTA SWEET    **ABSTRACT OF JUDGMENT/ORDER**

DEFENDANT(S).

I certify that in the above-entitled action and Court, Judgment/Order was entered on 9/26/2012
in favor of Creditor Double Play, LLC
whose address is 4558 Sherman Oaks Ave., Sherman Oaks, CA 91403
and against Debtor Rosetta Sweet
whose last known address is 2115 E. 27th Street, Vernon, CA 90058
for $ 37600..00    Principal, $ 6458.33    Interest, $ 0    Costs,
and $ 4000.00    Attorney Fees; Principal Balance due :$ 25,000.00

ATTESTED this    13th    day of    July    , 2021.
Judgment debtor's driver's license no. and state;    (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;    (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or
address at which summons was served:

address where Summons served:    CLERK, U.S. DISTRICT COURT

13257-13259 Moorpark Avenue

Sherman Oaks, CA 91403    By _____
                                                            Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)    ABSTRACT OF JUDGMENT/ORDER