| Recording requested by a return to:<br><br>Jeff Katofsky, Esq.<br>4558 Sherman Oaks Ave.<br>Sherman Oaks, CA 91403 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>ROSETTA SWEET<br>Debtor | CASE NUMBER 1:11-bk-16394 VK<br>ADVERSARY NUMBER 1:11-ap-01415 VK |
| DOUBLE PLAY, LLC<br>Plaintiff<br>vs.<br>ROSETTA SWEET<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address (last known)

    Rosetta Sweet
    2115 E. 27th Street
    Vernon, CA 90058

    ☐ Address Unknown

    b. Driver's License No. _____ ☒ Unknown

    c. Social Security No. _____ ☒ Unknown

2. The Summons was personally served at, or mail to (address):

    13257-13259 Moorpark Ave., Sherman Oaks, CA 91403

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated: 07/28/2021

(Signature of Judgment Creditor or Attorney) Jeff Katofsky

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | CHAPTER 7 |
|---|---|---|
| | Rosetta Sweet                                      Debtor(s). | ADVERSARY NO.: 1:11-ap-01415 VK |

4.  I certify that in the above-entitled action and Court, Judgment was entered on 11/05/2013 ,

   in favor of DOUBLE PLAY, LLC and against ROSETTA SWEET

   for   $ 37600.00                              Principal,

   $ 6458.33                                  Interest,

   $ 4000.00                                  Attorney's Fees, and principal balance due $25000.00

   $ 0.00                                     Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this _____ AUG 09, 2021 day of _____.

KATHLEEN J. CAMPBELL
KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: **JULIE CETULIO**
                         Deputy Clerk

Information regarding additional judgment debtors:

_____

_____

_____

_____

*Revised February 2010*

1  Lloyd K. Chapman, Esq. (CSB#123016)
   4558 Sherman Oaks Avenue
2  Sherman Oaks, California 91403
   (818) 304-8412 (telephone)
3  (818) 990-1599 (facsimile)
4
5  Attorneys for Creditor
   DOUBLE PLAY, LLC
6
7

**FILED**
NOV 04 2013
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy

8              UNITED STATES BANKRUPTCY COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| In Re: | ADV. CASE NO. 1:11-ap-01415-VK |
| ROSETTA SWEET, | Chapter 7 Case No. 1:11-bk-16394-VK |
| Debtor. | JUDGMENT |
| DOUBLE PLAY, LLC | |
| Creditor/Plaintiff, | |
| vs. | |
| ROSETTA SWEET, | |
| Debtor/Defendant. | |

ENT
NOV 05 2013

GOOD CAUSE SHOWN, Debtor Rosetta Sweet having defaulted under the order of this Court entered September 26, 2012, Judgment in favor of Double Play, LLC and against Rosetta Sweet in the sum of Thirty Seven Thousand Six Hundred dollars ($37,600.00), plus interest from September 26, 2012.

DATED: 11/4/13

                              _____
                              Judge, United States Bankruptcy Court

LODGED
OCT 21 2013

1

# PROOF OF SERVICE

COUNTY OF LOS ANGELES   )
                        ) ss.
STATE OF CALIFORNIA     )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 4558 Sherman Oaks Avenue, 2nd Floor, Sherman Oaks, CA 91403.

On October 17, 2013 I served the foregoing document described as PROPOSED JUDGMENT on the interested parties herein by placing a true copy thereof in a sealed envelope, postage thereon fully prepaid, and placing said envelope in the United States mail at Sherman Oaks, California, addressed as follows:

Rosetta Sweet (pro se)
2115 East 27th Street
Vernon, CA 90058

Judge V. Kaufman, USBC Central
21041 Burbank Blvd.
Woodland Hills, CA 91411

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 17, 2013 at Sherman Oaks, California.

_____
Judith Groves

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4558 Sherman Oaks Ave.
Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled (*specify*): ABSTRACT OF JUDGMENT
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/02/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Rosetta Sweet, Pro Se
2115 E. 27th Street
Vernon, CA 90058

Hon. Victoria Kaufman, Judge
U. S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91411

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/02/2021 | JUDITH GROVES | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE