EJ-190

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Jeff Katofsky, Esq., CSB #138773
KATOFSKY LAW
4558 Sherman Oaks Ave
Sherman Oaks, CA 91403

TEL NO.: 818-990-1475    FAX NO. (optional):
E-MAIL ADDRESS:

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: US Bankruptcy Court

*FOR RECORDER'S USE ONLY*

PLAINTIFF: DOUBLE PLAY LLC
DEFENDANT: ROSETTA SWEET

CASE NUMBER:
1:11-bk-16394/Adv.#1:11-ap-01415

## APPLICATION FOR AND RENEWAL OF JUDGMENT

*FOR COURT USE ONLY*

[X] Judgment creditor
[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   Double Play LLC
   4558 Sherman Oaks Ave.
   Sherman Oaks, CA 91403

2. Judgment debtor *(name and last known address):*
   Rosetta Sweet
   2115 E. 27th Street
   Vernon, CA 90058

3. Original judgment
   a. Case number *(specify):* 1:11-ap-01415 VK
   b. Entered on *(date):* 11/5/2013
   c. Recorded: Los Angeles County Recorder
      (1) Date: December 21, 2021
      (2) County: Los Angeles County
      (3) Instrument No.: 20211893268

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [X] Renewal of money judgment
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . $ 37,600.00
   b. Costs after judgment . . . . . . . . . . . . . . . . . $ 4,000.00
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . $ 41,600.00
   d. Credits after judgment . . . . . . . . . . . . . . . $ 12,600.00
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . $ 29,000.00
   f. Interest after judgment . . . . . . . . . . . . . . . $ 6,458.33
   g. Fee for filing renewal application . . . . . . . $
   h. **Total renewed judgment** *(add e, f, and g)* $ 35,458.33
   i. [ ] The amounts called for in items a–h are different for each debtor.
      These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. January 1, 2023]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.110 et seq.
www.courts.ca.gov

| SHORT TITLE: Double Play v. Sweet | CASE NUMBER: 1:11-bk-16394/Adv.#1:11-ap-01415 |
|---|---|

5. j. The money judgment (*check all that apply*)

   (1) [x] has a principal amount remaining unsatisfied of under $50,000 and is for a claim related to personal debt.

   (2) [ ] has a principal amount remaining unsatisfied of under $200,000 and is for a claim related to medical expenses.

   (3) [ ] relates to any other claims, including claims for personal debt or medical expenses that do not otherwise fit within items (1) or (2).

   > Note: From the point when the unsatisfied principal amount is below $50,000 for personal debt claims or $200,000 for medical expense claims, a judgment against a natural person may only be renewed once, for five years from the date an application is filed. (Code Civ. Proc., §§ 683.110–683.120.)

6. [ ] Renewal of judgment for [ ] possession.
   [ ] sale.

   a. [x] If judgment was not previously renewed, terms of judgment as entered:
   Debtor Rosetta Sweet having defaulted under the order of this court entered September 26, 2021, Judgment in favor of Double Play, LLC and against Rosetta Sweet in the sum of Thirty Seven Thousand Six Hundred dollars ($37600.00), plus interest, from September 26, 2012.

   b. [ ] If judgment was previously renewed, terms of judgment as last renewed:

   c. [ ] Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 9, 2023

Jeff Katofsky
(TYPE OR PRINT NAME)                              (SIGNATURE OF DECLARANT)

Lloyd K. Chapman, Esq. (CSB#123016)
4558 Sherman Oaks Avenue
Sherman Oaks, California 91403
(818) 304-8412 (telephone)
(818) 990-1599 (facsimile)

Attorneys for Creditor
DOUBLE PLAY, LLC

FILED
NOV 04 2013
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ROSETTA SWEET,<br><br>　　　　　Debtor.<br><br>DOUBLE PLAY, LLC<br><br>　　　　　Creditor/Plaintiff,<br><br>vs.<br><br>ROSETTA SWEET,<br><br>　　　　　Debtor/Defendant. | ADV. CASE NO.    1:11-ap-01415-VK<br>*Chapter 7 Case No.*    *1:11-bk-16394-VK*<br><br>JUDGMENT<br><br>ENT<br>NOV 05 2013 |

GOOD CAUSE SHOWN, Debtor Rosetta Sweet having defaulted under the order of this Court entered September 26, 2012, Judgment in favor of Double Play, LLC and against Rosetta Sweet in the sum of Thirty Seven Thousand Six Hundred dollars ($37,600.00), plus interest from September 26, 2012.

DATED: 11/4/13

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

LODGED
OCT 21 2013

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4558 Sherman Oaks Ave.
Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF RENEWAL OF JUDGMENT; APPLICATION FOR AND RENEWAL OF JUDGMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/12/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Rosetta Sweet, Pro Se
2115 E. 27th Street
Vernon, CA 90058

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 10/12/23 | JUDITH GROVES | /s/ Judith Groves |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**