| ☒ Recording requested by a return to:<br><br>Jeff Katofsky, Esq.<br>4558 Sherman Oaks Ave.<br>Sherman Oaks, CA 91403 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>ROSETTA SWEET<br><br>Debtor | CASE NUMBER 1:11-bk-16394 VK<br>ADVERSARY NUMBER 1:11-ap-01415 VK |
| DOUBLE PLAY, LLC<br>Plaintiff<br>vs.<br>ROSETTA SWEET<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address (last known)   Rosetta Sweet
   2115 E. 27th Street
   Vernon, CA 90058

   ☐ Address Unknown

   b. Driver's License No.  _____   ☒ Unknown

   c. Social Security No.  _____   ☒ Unknown

2. The Summons was personally served at, or mail to (address):

   13257-13259 Moorpark Ave., Sherman Oaks, CA 91403

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: 11/7/2023

   (Signature of Judgment Creditor or Attorney) Jeff Katofsky

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | CHAPTER 7 |
|---|---|---|
| | Rosetta Sweet                    Debtor(s). | ADVERSARY NO.: 1:11-ap-01415 VK |

4.  I certify that in the above-entitled action and Court, Judgment was entered on __11/05/2013__,

   in favor of __DOUBLE PLAY, LLC__ and against __ROSETTA SWEET__

   for  $ __29000.00__ Principal,

   $ __6458.33__ Interest,

   $ __0.00__ Attorney's Fees, and

   $ __4000.00__ Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __SEA 9th__ [SEAL] day of __November, 2023__

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: __[signature]__
                Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*

1  Lloyd K. Chapman, Esq. (CSB#123016)
   4558 Sherman Oaks Avenue
2  Sherman Oaks, California 91403
   (818) 304-8412 (telephone)
3  (818) 990-1599 (facsimile)
4
5  Attorneys for Creditor
   DOUBLE PLAY, LLC
6

FILED
NOV 04 2013
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ROSETTA SWEET,<br><br>    Debtor.<br><br>DOUBLE PLAY, LLC<br><br>    Creditor/Plaintiff,<br><br>vs.<br><br>ROSETTA SWEET,<br><br>    Debtor/Defendant. | ADV. CASE NO.    1:11-ap-01415-VK<br>*Chapter 7 Case No.*    *1:11-bk-16394-VK*<br><br>JUDGMENT |

ENTERED
NOV 05 2013

GOOD CAUSE SHOWN, Debtor Rosetta Sweet having defaulted under the order of this Court entered September 26, 2012, Judgment in favor of Double Play, LLC and against Rosetta Sweet in the sum of Thirty Seven Thousand Six Hundred dollars ($37,600.00), plus interest from September 26, 2012.

DATED: 11/4/13

_____
Judge, United States Bankruptcy Court

LODGED
OCT 21 2013

1

Case 1:11-ap-01415-VK    Doc 65    Filed 11/09/23    Entered 11/09/23 16:30:13    Desc
                         Main Document    Page 4 of 5
Case 1:11-ap-01415-VK    Doc 62    Filed 10/12/23    Entered 10/12/23 15:30:54    Desc
                         Main Document    Page 1 of 1
Case 1:11-ap-01415-VK    Doc 60    Filed 10/12/23    Entered 10/12/23 12:06:43    Desc
                         Main Document    Page 1 of 3

EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 138773 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Jeff Katofsky Esq. | | |
| FIRM NAME: KATOFSKY LAW | | |
| STREET ADDRESS: 4558 Sherman Oaks Avenue | | FILED |
| CITY: Sherman Oaks    STATE: CA    ZIP CODE: 91403 | | OCT 1 2 2023 |
| TELEPHONE NO.: 818 990 1475    FAX NO.: | | CLERK U.S. BANKRUPTCY COURT |
| E-MAIL ADDRESS: jeff@katofskylaw.comm | | CENTRAL DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (name): Judgment Creditor | | BY:                Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS:
CITY AND ZIP CODE: LosAngelesCA90012
BRANCH NAME: US Bankruptcy Court

PLAINTIFF: DoubleI Play
DEFENDANT: Sweet

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER: 1:11-bk-16394/Adv.# 1:11-ap-01415VK |
|---|---|

TO JUDGMENT DEBTOR (name):    ROSETTA SWEET

1. **This renewal extends** the period of enforceability of the judgment (see Code Civ. Proc., § 683.110 et seq.).

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **60 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached (Cal. Rules of Court, rule 3.1900).

Date: 10/12/2023                              Clerk, by _____, Deputy

[SEAL]

See Code of Civil Procedure section 683.160 for information on method of service                     Page 1 of 1

Form Adopted for Mandatory Use                                                                        Code of Civil Procedure, § 683.160
Judicial Council of California          **NOTICE OF RENEWAL OF JUDGMENT**                             www.courts.ca.gov
EJ-195 [Rev. January 1, 2023]

For your protection and privacy, please press the Clear    [Print this form]    [Save this form]         [Clear this form]
This Form button after you have printed the form.

# PROOF OF SERVICE

COUNTY OF LOS ANGELES    )
                        ) ss.
STATE OF CALIFORNIA     )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 4558 Sherman Oaks Avenue, 2nd Floor, Sherman Oaks, CA 91403.

On November 7, 2023 I served the foregoing document described as ABSTRACT OF JUDGMENT (RENEWED) on the interested parties herein by placing a true copy thereof in a sealed envelope, postage thereon fully prepaid, and placing said envelope in the United States mail at Sherman Oaks, California, addressed as follows:

Rosetta Sweet (pro se) (last known address)
2115 East 27th Street
Vernon, CA 90058

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 7, 2023 at Sherman Oaks, California.

Judith Groves

2